IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20505
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

MARIA GUADALUPE DURAN, also known as
La Negra,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-206-1
--------------------
August 17, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Maria Guadalupe Duran challenges her convictions for conspiracy to distribute marijuana and conspiracy to launder monetary instruments. She asserts that the district court erred in denying her motions to suppress the evidence seized in searches of her home and business because the affidavit provided in support of the search warrant did not establish probable cause. The affidavit included sufficient information from which an official could reasonably believe in good faith that probable cause to obtain a

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

search warrant existed.  See United States v. Satterwhite, 980 F.2d 317, 320-21 (5th Cir. 1992); United States v. Wake, 948 F.2d 1422, 1428 (5th Cir. 1991).  Duran's conviction is AFFIRMED.